MIKE S. ABDALLA, APPELLEE and CROSS-APPELLANT, V.
MERCHANTS MUTUAL BURGLARY INSURANCE
COMPANY, APPELLANT AND CROSS-APPELLEE.

FILED NOVEMBER 22, 1929. No. 26938.

*Howell, Tunison & Joyner* and *Julius D. Cronin,* for appellant.

*J. A. Donohoe, contra.*

Heard before GOSS, C. J., ROSE, GOOD, THOMPSON, EBERLY
and DAY, JJ., and THOMSEN, District Judge.

PER CURIAM.
This is an action on a burglary insurance policy issued
to plaintiff by the defendant company. From a judgment
of the district court for Holt county in favor of plaintiff,
defendant has appealed.

We have carefully considered the record and find the
same to be without prejudicial error. The judgment of the
district court is therefore

AFFIRMED.

EDNA P. NEELY, APPELLEE, V. CITY OF LINCOLN ET AL.,
APPELLANTS.

FILED DECEMBER 10, 1929. No. 26737.

*Frank A. Peterson* and *Lloyd Chapman,* for appellants.

*Allen & Requartte, contra.*

Heard before GOSS, C. J., ROSE, DEAN, GOOD and EBERLY,
JJ., and REDICK and STEWART, District Judges.

PER CURIAM.
This is an appeal by the city of Lincoln from an order of
the district court for Lancaster county reducing the amount

of paving assessment on the appellee's property.

The record has been carefully examined and is found to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.

MARY B. BRYAN, EXECUTRIX, APPELLEE, V. CITY OF LINCOLN ET AL., APPELLANTS.

FILED DECEMBER 10, 1929. No. 26738.

*Frank A. Peterson* and *Lloyd Chapman,* for appellants.

*Allen & Requartte, contra.*

Heard before GOSS, C. J., ROSE, DEAN, GOOD and EBERLY, JJ., and REDICK and STEWART, District Judges.

PER CURIAM.

This is an appeal by the city of Lincoln from an order of the district court for Lancaster county reducing the amount of paving assessment on the appellee's property.

The record has been carefully examined and is found to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.

RIVETT LUMBER & COAL COMPANY, APPELLANT, V. ANTON P. LINDER ET AL., APPELLEES.

FILED DECEMBER 12, 1929. No. 26946.

*Brome, Thomas, Ramsey & McGuire,* for appellant.

*A. H. Bigelow* and *Sidney W. Smith, contra.*

Heard before GOSS, C. J., ROSE, DEAN, GOOD, THOMPSON and DAY, JJ., and THOMSEN, District Judge.